# EXHIBIT 1

Exhibit 1
Page 24

# 答复: Approval Required For Further Documentation

Tue, Jun 21, 2016 12:11 am

From: queguoji

Based at Huawei-China's Lab in Suzhou, China

To: Abdullah Ahmed,Zhaoyiming (Stanley),Liuxiang (Ryan), Hide

Cc: jnawaz@businessefficiencysolutions.com

5 Attachments

**image001.png** - (17kB) **image002.jpg** - (860B) **image003.jpg** - (872B) **image004.jpg** - (929B) **image005.jpg** - (820B)

Hi,

We need FRS/TestCase very urgent, it's no time to lose. Please give these documents today.

| | LLD | FRS | Test Case | BOQ | Training course | User Guide |
|---|---|---|---|---|---|---|
| RMS | Done(Good) | | Done | Done(Some GAP) | | |
| LMS | Done(Good) | | Done | Done(Some GAP) | | Done(Good) |
| ACS(BMS) | Done(Only ACS) | | Done(not good enough) | Done(Some GAP) | | Done(only ACS) |
| Desk Help | Done(not good enough) | | Done(not good enough) | Done(Some GAP) | | |
| MMC | Done | | | Done(Some GAP) | Done | |
| DFC | Done(not good enough) | | | Done(Some GAP) | Done | Done |
| DES | Done | | | Done(Some GAP) | Done | Done |
| UAV | Draft | | | Done(Some GAP) | | Done(Good) |
| EVC | Draft | | | Done(Some GAP) | | |

**阙国基 Andy Que Guoji**

华为企业业务 **解决方案集成**验证部（开放实验室）

**Solutions I&V Dept(Openlab) , Huawei Enterprise Business Group**

Mobile: +86 13472523643, +971 522928826(迪拜)

Email: queguoji@huawei.com (mailto:wutianyuan@huawei.com)

苏州星湖街328号创意产业园A3栋华为研发中心

Huawei R&D Center,No.328 Xinghu Street,Suzhou, P.R.China

enterprise.huawei.com (http://enterprise.huawei.com/)

(http://enterprise.huawei.com/) (http://www.weibo.com/hwenterprise) (http://www.linkedin.com/groups/Huawei-Enterprise-4070523) (http://i.youku.com/u/id_UNDE2NzMyNTg0)

---

--

# EXHIBIT 2

Exhibit 2
Page 27

# RE: 【Update】DES acceptance

Tue, Oct 4, 2016 8:30 am

From: jnawaz@businessefficiencysolutions.com

To: Chendeng

Cc: Chenfeng (Jeffrey),Zhangtao (Taom),Sangyi,Chengqianbing,Awais Chughtai,Aurangzeb Bhatti, Hide

5 Attachments

**image001.png@01D21E37.66B9E8A0.png -** (17kB)
**image002.jpg@01D21E37.66B9E8A0.jpeg -** (860B)
**image003.jpg@01D21E37.66B9E8A0.jpeg -** (872B)
**image004.jpg@01D21E37.66B9E8A0.jpeg -** (929B)
**image005.jpg@01D21E37.66B9E8A0.jpeg -** (820B)

Chen,

Thanks for following up on this.

In regards to your mention of: "Hope we can cooperate more smoothly in the future":

It will go smoothly if you deal with us in an ethical manner, unlike with RMS and MMC. We entered the relationship with Huawei with intentions to make this a long-term partnership and hope to maintain a positive relationship with Huawei's staff, as with Jeffrey and Bill.

**From:** "Chendeng" <chendeng@huawei.com>
**Date:** Tue, Oct 4, 2016 12:12 am
**To:** "jnawaz@businessefficiencysolutions.com" <jnawaz@businessefficiencysolutions.com>
**Cc:** "Chenfeng (Jeffrey)" <jeffrey.chenfeng@huawei.com>, "Zhangtao (Taom)" <taom.zhangtao@huawei.com>, "Sangyi" <sangyi@huawei.com>, "Chengqianbing" <chengqianbing@huawei.com>, "Awais Chughtai" <achughtai@businessefficiencysolutions.com>, "Aurangzeb Bhatti" <abhatti@businessefficiencysolutions.com>
**Subject:** 【Update】DES acceptance

I discuss with project team, since BES finish following work:

1. **Test Version**: the software has been deployed to China for factory test and the license has been given Huawei as well.
2. **Beta Version**: the integration of DES and CAD has been tested in China, the integration of DES and PTMS/Echallan gets Client approval.

Project Team get agreement that BES has achieved two milestones. The project team will provide evidence to acceptance guy, so that BES will get the payment.

BES can go ahead to the next phase work. Hope we can cooperate more smoothly in the future.

**陈登Chen Deng**

**华为企业业务 解决方案集成验证部（开放实验室）**

**Solutions I&V Dept(Openlab) , Huawei Enterprise Business Group**

Mobile: +86 18665615677

Email: chendeng@huawei.com (mailto:wutianyuan@huawei.com)

苏州星湖街328号创意产业园A3栋华为研发中心

Huawei R&D Center,No.328 Xinghu Street,Suzhou, P.R.China

enterprise.huawei.com (http://enterprise.huawei.com/)

(http://enterprise.huawei.com/) (http://www.weibo.com/hwenterprise) (http://www.linkedin.com/groups/Huawei-Enterprise-4070523) (http://i.youku.com/u/id_UNDE2NzMyNTg0)

# EXHIBIT 3

Exhibit 3
Page 30

# 答复: 答复: FWD: DES Deployment Update

Wed, Sep 14, 2016 8:32 am

From: Chendeng

To: achughtai@businessefficiencysolutions.com

Cc: Chenfeng (Jeffrey),Zengyi (Lemon),Xingxiaobing,Liangchao,queguoji,Longyuanhai,jnawaz@businessefficiencysolutions.com, Aurangzeb Bhatti,aahmed,uhotiana, Hide

---

Thank Awais so much. The DES system has deployed in China successfully.

---

**发件人:** achughtai@businessefficiencysolutions.com [mailto:achughtai@businessefficiencysolutions.com]
**发送时间:** 2016年9月13日 12:40
**收件人:** Chendeng
**抄送:** Chenfeng (Jeffrey); Zengyi (Lemon); Xingxiaobing; Liangchao; queguoji; Longyuanhai; jnawaz@businessefficiencysolutions.com; Aurangzeb Bhatti; aahmed; uhotiana
**主题:** RE: 答复: FWD: DES Deployment Update

Dear Chen,

BES had completed all Interfaces and were ready before 5th September 2016 as committed and when you came to our office at 3rd September we have showed you Talend software and interfaces working fine and only after seeing the system that you started processing on contract and purchase order.

Yes, we understand that all the software should be installed by BES and for that purpose I spent whole day yesterday 12th Sep 2016 with you figuring out but unfortunately Mr. Andy has not completed the OS feature installation on MDM server and hence we were not be able to install our databases.

The OS is part of the hardware and SHOULD be installed. Without the OS, no software can be installed let alone Databases.

We kept on asking you since 5th September 2016 whether the servers are ready or not but you always said yes they are ready but when I went to Qurban lines there were OS features missing. The OS must be a valid licenses copy or some features can not be enabled. Installing the OS is not in the scope of BES. I can facilitate you but on 15th Sept. after the Eid. Eid is very special religious holiday and the only day we spend with the family. So I will be available on the 15th for you to correct any outstanding problems.

Please understand that we are on the same team and want this project to succeed more if not equally as your company.

# EXHIBIT 4

Exhibit 4
Page 32





HUAWEI
Edward Zhang
Vice President
Enterprise Wireless Marketing & Solution Sales Dept
HUAWEI TECHNOLOGIES CO., LTD.
SectionH2, HUAWEI Industrial Base
Bantian, Longgang District
Shenzhen 518129 P.R. China
Tel: +86 755 89248902
Mobile: +86 13798498555
E-mail: edward.zhangweiwei@huawei.com
LEADING NEW ICT
enterprise.huawei.com

HUAWEI
Corrine Lin
Director
ME Solution Development Center
Enterprise Business Group
Huawei Tech (UAE) FZ-LLC
P.O.Box: 500327
1st Floor, Al Thuraya Tower 1,
Dubai Media City, Dubai, U.A.E.
Mobile: +971 55 7911136
E-mail : linxijiang@huawei.com
LEADING NEW ICT
enterprise.huawei.com

Exhibit 4
Page 33

# EXHIBIT 5

Exhibit 5
Page 34

# RE: 答复: HUAWEI and BES meeting this afternoon

Tue, Mar 28, 2017 11:52 pm

From: jnawaz@businessefficiencysolutions.com

To: Xiadasheng,Zhangweiwei (Edward), Hide

Cc: Wangbo (Alex, w),Chendeng,Aurangzeb Bhatti,Awais Chughtai, Hide

10 Attachments

| | |
|---|---|
| **image001.png@01D2A832.DD85CB90.png** - (23kB) | **image002.png@01D2A832.DD85CB90.png** - (1732B) |
| **image003.png@01D2A832.DD85CB90.png** - (1837B) | **image004.png@01D2A832.DD85CB90.png** - (1936B) |
| **image005.png@01D2A832.DD85CB90.png** - (1679B) | **image001.png@01D2A832.DD85CB90.png** - (23kB) |
| **image002.png@01D2A832.DD85CB90.png** - (1732B) | **image003.png@01D2A832.DD85CB90.png** - (1837B) |
| **image004.png@01D2A832.DD85CB90.png** - (1936B) | **image005.png@01D2A832.DD85CB90.png** - (1679B) |

Dear Xiadasheng,

In regards to setting up the environment in Suzhou in China, we want to insure that PPIC3 has no objection in transfer of this technology outside of PPIC3 for security reasons..

Please get an approval from PPIC3, in writing, prior to us performing this function. Our staff is on way to PPIC3 and will await instructions before updating DES on to servers in China.

Thank You,

Javed

# EXHIBIT 6

Exhibit 6
Page 36

# RE: HUAWEI and BES meeting this afternoon

Wed, Mar 29, 2017 12:06 am

From: Chendeng

To: jnawaz@businessefficiencysolutions.com,Xiadasheng,Chengqianbing, Hide

Cc: Zhangweiwei (Edward),Chenfeng (Jeffrey),Zhouxu (Josh),Zhangtao (Taom),Wangbo (Alex, w),Aurangzeb Bhatti,Awais Chughtai, Hide

10 Attachments

| | | | |
|---|---|---|---|
| **image006.png** - (17kB) | **image007.jpg** - (860B) | **image008.jpg** - (872B) | **image009.jpg** - (929B) |
| **image010.jpg** - (820B) | **image011.png** - (23kB) | **image012.png** - (1732B) | **image013.png** - (1837B) |
| **image014.png** - (1936B) | **image015.png** - (1679B) | | |

Hi, Javed

Most of the software and hardware are produced in China. On the other hand, the DES software has already been tested by PPIC3 in Suzhou lab in Sep, 2016.

There is no need to get the approval for this kind of test.

Regards!

**陈登Chen Deng**

**华为企业业务 解决方案中东开发中心（开放实验室）**

**OpenLab ME, Huawei Enterprise Business Group**

Mobile: +971 523418363

Email: chendeng@huawei.com (mailto:wutianyuan@huawei.com)

阿联酋迪拜媒体城Thuraya Tower 1

F1, Thuraya Tower 1, Dubai Media City, Dubai, UAE

enterprise.huawei.com (http://enterprise.huawei.com/)

(http://enterprise.huawei.com/) (http://www.weibo.com/hwenterprise) (http://www.linkedin.com/groups/Huawei-Enterprise-4070523) (http://i.youku.com/u/id_UNDE2NzMyNTg0)

---

**发件人:** jnawaz@businessefficiencysolutions.com [mailto:jnawaz@businessefficiencysolutions.com]
**发送时间:** 2017年3月29日 11:52
**收件人:** Xiadasheng <xiadasheng@huawei.com>; Zhangweiwei (Edward) <edward.zhangweiwei@huawei.com>
**抄送:** Wangbo (Alex, w) <alex.wangbo@huawei.com>; Chendeng <chendeng@huawei.com>; Aurangzeb Bhatti <abhatti@businessefficiencysolutions.com>; Awais Chughtai <achughtai@businessefficiencysolutions.com>
**主题:** RE: 答复: HUAWEI and BES meeting this afternoon

Dear Xiadasheng,

# EXHIBIT 7

Exhibit 7
Page 38

**From:** "Chengqianbing" <chengqianbing@huawei.com>
**Date:** Thu, May 4, 2017 3:00 am
**To:** "jnawaz@businessefficiencysolutions.com" <jnawaz@businessefficiencysolutions.com>
**Cc:** "Wangjunfeng (Felix)" <wangjunfeng1@huawei.com>, "Duanxuming (Daniel)" <duanxuming@huawei.com>, "Faisal I Ratyal" <faisal.ratyal@huawei.com>, "Chendeng" <chendeng@huawei.com>, "Xiadasheng" <xiadasheng@huawei.com>
**Subject:** 答复: 答复: 答复: FW: Work without PO" Declaration before 20th April 2017

Dear Javed,

We have receive one email for your side about the NO PO NO WORK, I have checked with project team, they give the reply as below:

1. The clients were not satisfied with BES proposal of these five systems(RMS/LMS/BMS/ACS/ECV), so clients wanted to either do these systems themselves or bought these systems from other vendors.
2. BES have never deployed these systems on site.

As my understanding, this SYSTEM is not delivered to Huawei, and also you give the proposal is not approved by customer, it is not NO PO NO WORK, please check and give us reply.

BRs

# EXHIBIT 8

Exhibit 8
Page 40

# Arbitration Notice following meeting on April 9, 2018

Mon, Apr 9, 2018 10:03 pm

From: jnawaz@businessefficiencysolutions.com

To: Jeffrey Chen,liwen (allwen),Daijinzhuo (Eric Dai, ME EBG),Umar Naeem Mirza (A),job liuxin, Hide

Cc: Chen Deng,Chengqianbing,Shahzad.akbar@huawei.com, Hide

Dear Management of Huawei,

T o resolve certain outstanding issues between Huawei Technologies (Pakistan) Private Limited (Huawei) and Business Efficiency Solutions, LLC (BES), meetings were held on April 7, 2018 and April 9, 2018 at Huawei's offices. The last meeting ended with participants representing Huawei abruptly walking out of the room and Mr. Liuxin (Job) threatening BES with a statement, on his way out of the room, that alluded to see BES in court.

BES understands Mr. Job's statement to mean that BES' services are no longer required and thus BES is now forced to refrain from spending resources of money and personnel time on Huawei's projects, unless we get clarification from Huawei in writing.Please be reminded that the work BES has been performing diligently for Huawei is **time sensitive** and may subject Huawei to penalties from its customer if not delivered in a timely manner. BES will not be responsible for any such penalties, monetary or otherwise.

Topics for resolution demanded by BES through the legal system (as alluded to by Mr. Job), include:

In the **Consulting Agreement** signed in 2016 between Huawei and BES:
**(i) Huawei committed to pay US$160,000 to BES for services to help Huawei win the Lahore Safe City Project.** To date the full amount has not been paid to BES and BES demands payment in full.

**(ii) Huawei committed to purchase US$2million worth of services and products from BES in the Lahore Safe City Project**. Huawei has not met its commitment to pay BES the US$2million. BES demands the difference between the amount paid to BES and US$2million.

**Payments for DFC and DES remain withheld by Huawei** as Huawei continues to demand that BES provide training outside of the country even though BOQs for both withheld payments clearly state that training will be provided in Lahore. BES has been, and is committed to providing training in conformance with BOQs. However Huawei continues to refuse payment against the legally binding agreement.

**Tax was withheld on two (2) separate occasions;** One for payment of Consultant Agreement, and the other relating to short payment of the amount payable on a Purchase Order. Both deductions were contrary to agreements between Huawei and BES and without prior agreement with BES.

**Proprietary Information and Intellectual Property belonging to BES** (a US Company), has been used illegally by Huawei and without authorization from BES. Use of BES documents including LLD and HLD documents are BES' Intellectual property and any use of these documents is/was unlawful. BES' Intellectual Property and Proprietary Information may have been used in the following areas:

1. Building Management System

2. Access Control System

3. Resource Management System

4. Unified Help Desk

5. Learning Management System

At this time, BES would like to request an Arbitration with BES to resolve these and other issues based on Section **14.2** (**DISPUTE RESOLUTION)** of Agreement No: SOW1021PAK1609080021132290207629, titled "Master Purchase Agreement" between Huawei Technologies (Pakistan) Private Limited and Business Efficiency Solutions, LLC dated Sept 10, 2016, Huawei may please identify the point person in Huawei's Management responsible for coordinating Huawei's selection of its arbitrator.

Section 14.2, of the above Agreement states:

***14.2 Dispute Resolution*** *Any dispute in connection with this Agreement shall be settled through friendly consultations between both Parties. In case no settlement is reached through friendly consultations within twenty (20) days, both Parties shall submit the disputes for resolution to arbitration by a sole arbitrator appointed by the mutual consent of the Parties under the Arbitration Act, 1940 and the rules made thereunder. The language of the proceedings shall be English and the venue of arbitration shall be Islamabad, Pakistan. The arbitral award shall be final and binding on the Parties. Arbitration shall be a condition precedent to any other legal proceedings brought by either Party before a court of law, tribunal or quasi-judicial authority.*

Please consider this as a formal legal Notice for the 20 day friendly consultation period for Arbitration from BES to Huawei as stated in Section 14.2 above

To reemphasize the earlier statement **"..BES is now forced to refrain from spending resources of money and personnel time on Huawei's projects, unless we get clarification from Huawei in writing. Please be reminded that the work BES has been performing diligently for Huawei is time sensitive and may subject Huawei to penalties from its customer if not delivered in a timely manner. BES will not be responsible for any such penalties, monetary or otherwise".**

Javed A. Nawaz
President & CEO
Business Efficiency Solutions, LLC
14752 Beach Blvd, Suite 123
La Mirada, California, 90638
United States of America
tel: 1.714.609.0452
email: jnawaz@businessefficiencysolutions.com

# EXHIBIT 9

Exhibit 9
Page 43

# RE: Pending Issues that remain Unresolved

Mon, Apr 30, 2018 12:38 am

From: jnawaz@businessefficiencysolutions.com

To: Liuxin (Job),Chenfeng (Jeffrey), Hide

Cc: Daijinzhuo (Eric Dai, ME EBG),Liwen (allwen),Chendeng,Wangzheng (Will, Legal), Hide

---

Dear Jeffrey,

We can reach a "comprehensive" agreement to resolve all issues in the upcoming meeting you suggested, or leave it to be resolved as suggested by Mr. Job when he walked out of a meeting with BES about seeing BES in court.

Regards,

Javed

---

**From:** "Liuxin (Job)" <job.liuxin@huawei.com>
**Date:** Mon, Apr 30, 2018 12:01 am
**To:** "Chenfeng (Jeffrey)" <jeffrey.chenfeng@huawei.com>, "jnawaz@businessefficiencysolutions.com" <jnawaz@businessefficiencysolutions.com>
**Cc:** "Daijinzhuo (Eric Dai, ME EBG)" <eric.dai@huawei.com>, "Liwen (allwen)" <allwen.liwen@huawei.com>, "Chendeng" <chendeng@huawei.com>, "Wangzheng (Will, Legal)" <wangzheng15@huawei.com>
**Subject:** RE: Pending Issues that remain Unresolved

Dear Jeffery,

As per the phone call discussion between myself and Mr.Javed @ 26th,April, Mr.Javed was agreed will get back the MDM license, DES & DFC foreign trainings and check with his team for the MMC TV channel license and stability issues, then share the update with me by 27th, but there no further response from Javed side except the foreign trainings. Then in last 2 days I tried to call and sent message to Mr.Javed to get other points progress update, unfortunately Mr.Javed not pick up the phone call nor reply whatsapp message. Anyway for sure we are willing to have more discussion with Mr.Javed to manage the thing in better way.

Dear Javed,

Kindly confirm your available time by today then we can have conference to discuss the project related issues again.

For the points which you mentioned in below, kindly refer to my comments.

Thanks!

Job

---

**From:** Chenfeng (Jeffrey)
**Sent:** 2018年4月30日 2:16
**To:** jnawaz@businessefficiencysolutions.com
**Cc:** Liuxin (Job) <job.liuxin@huawei.com>; Daijinzhuo (Eric Dai, ME EBG) <eric.dai@huawei.com>; Liwen (allwen) <allwen.liwen@huawei.com>; Chendeng <chendeng@huawei.com>
**Subject:** RE: Pending Issues that remain Unresolved

Dear Job and Chendeng,

Could both of u arrange the meeting with BES tomorrow including Eric and Liwen to stand in the same page with Dear Nawaz.

Frist keep in the same page and then to find the reasonable way to resolve.

Pending and unreasonable could not bring any benefit to both of us.

Thanks.

--------------------------------------------------
陈丰 Jeffrey Chen
M: +92-3244808888
E: jeffrey.chenfeng@huawei.com (mailto:jeffrey.chenfeng@huawei.com)
中东地区部-拉合尔办事处
Middle East Region-Lahore Office

---

**发件人：** jnawaz@businessefficiencysolutions.com (mailto:jnawaz@businessefficiencysolutions.com)

**收件人：** Chenfeng (Jeffrey),

**时间：** 2018-04-30 02:04:18

**主　题：** Pending Issues that remain Unresolved

Dear Jeffrey,

Since our last telephone discussion and the meeting you coordinated between Mr. Job and me, issues remain unresolved. Perhaps Mr. Job does not have the authority to resolve these issues, or if needs direction from someone higher up in the chain of command at Huawei.

Currently Huawei continues to demand MDM license from BES without addressing BES' concerns below, and as mentioned in prior emails:

(i) In accordance with attached PO # 10210053747-1, issued by Huawei to BES, full payment for mdm has NOT been made. BES cannot accept what it considers an illegal and arbitrary deduction as full payment, since it puts into uncertainty payments that are yet to be made on other POs.

Huawei: All payment already done per the contract and Pakistan tax law. This was communicated to BES since 2017 till now many times, even Huawei and BES CTO Mr.Zeb went to the government together for this case in 2017. Also refer to the attached email "Regarding BES MDM Payment and delivery". If BES still have the confusion about this tax deduction or signed contract or tax law, we are willing to sit together with BES again to clarify it. Just suggest BES to make clear the Pakistan tax law or bring someone know the tax law then let's sit down and discuss it again.

BES have the contract obligation to provide the MDM license ASAP and it's already delaying the project. Plz refer to the mail attached "Delay in Implementation of MDM Solution".

(ii) In regards to DFC and DES, BES is ready and willing to provide training in accordance with written agreement between BES and Huawei. Huawei continuously refuses to honor what it agreed to in writing (before delivery) and continues to withhold payment against the legally binding agreem! ent.

Huawei: it's clearly told to BES few times face to face and via whatsapp regarding the DES and DFC:

1. DES :

   a) Local training: Due to DES/MDM license expired @ Jan of 2018 the DES local training can't start because PSCA will do the exercise during the training, without the license this can't be done.

   b) SAT and PAC acceptance: without the MDM license the SAT and PAC acceptance can't start because the system even not working, how we can stat it.

   In this case BES not finish the last milestone delivery for sure Huawei can't do the last milestone payment. The way forward is very clear that BES provide MDM official license which under the client name PSCA then the things can move forward, once BES finish the last milestone delivery then Huawei will release the payment accordingly.

2. DFC:

   a) Local training: BES trainer is not qualified, BES need to provide qualified trainer CV to Huawei then we can move forward for the training, but this trainer CV was pending in BES side one month. Plz refer to the email attached "RE:DES Local Training".

   b) SAT and PAC acceptance: training not finished, then last milestone not completed, for sure Huawei can't pay this last milestone payment.

3. DES and DFC foreign training: Huawei clearly told BES will give the additional PO to BES to purchase this service, but BES required the advance payments. Regarding the advance payment Huawei CEG told (I also reply the email) BES there is

limitation from Pakistan national center bank it's not allowed to do the foreign USD advance payment without BES to provide the Bank Guarantee (BG), but BES said can't provide the BG and insist to have advance payment, in this case there no solution to purchase the foreign trainings through BES and Huawei told BES we have to contact the original company directly to purchase the service.

Point 1 & 2 is BES responsibility to do that, we don't know from which point BES statement that Huawei hold the payment against the legal agreement. For point 3, Huawei will purchase the training service ourselves.

(iii) Deduction made under the Consulting Agreement remain unresolved and are yet to be addressed by Huawei. In the past Mr. Job has asked BES to produce a copy of the Consulting Agreement. This has been provided to Huawei and states that Huawei is committed to pay US$150,000 to BES for services to help Huawei win the Lahore Safe City Project. To date the full amount has not been paid nor addressed by any person at Huawei who has authority to discuss remaining payment to BES.
Huawei: This deduction also basic on the signed off agreement and Pakistan tax law, Jeffery told you few times and we checked again with our finance and legal department, Huawei just deduct the tax per the contract and Pakistan tax law. We suggest you double check and make clear the agreement and tax law, If BES still have the confusion about this, we are willing to sit together with BES again to clarify it.

Jeffrey, considering the current Political environment and! Intellectual Property issues being discussed between US and China (incl. ZTE) our legal is advising to take this to US news channels and newspapers that are backing protection for US companies doing business with Chinese companies.
Huawei: There are contract agreement, BES just make sure delivery the contract obligation with good quality then Huawei will do the payment accordingly. Business is simple like this, without to look at your team actual delivery fact and try to play the card regarding political environment case which happened between US and China is not make any sense!! Regarding the delivery issues we sent a letter to BES but BES still not feedback a clear response for those points till now except that printer already provided, it's again required BES to provide the official resolution for those critical pending points within this week. Plz refer to the email attached "RE: Delay in Implementation of MDM Solution" and the letter "20180413 BES 002 Pending issues from BES in Lahore Safe City Project".

Please see if you can do anything to prevent this from escalating further.

Regards,

Javed A. Nawaz
President & CEO
Business Efficiency Solutions, LLC
14752 Beach Blvd, Suite 123
La Mirada, California, 90638
United States of America

tel: 1.714.609.0452
email: jnawaz@businessefficiencysolutions.com (mailto:jnawaz@businessefficiencysolutions.com)

Javed A. Nawaz
President & CEO
Business Efficiency Solutions, LLC

# EXHIBIT 10

Exhibit 10
Page 49

# 答复: Meeting between Mr. Liwen and Mr. Bhatti - May 29, 2018

Wed, May 30, 2018 10:49 pm

From: Liwen (allwen)

To: jnawaz@businessefficiencysolutions.com,Aurangzeb Bhatti, Hide

Dear Javed,

If you cannot understand our stance we cannot go forward, as per your long email I don't think Mr. Zeb transferred my message completely, let me simply make my stance clear.

. The withholding tax Huawei deducted is as per the local law and signed off contract, also the tax certification and law articles were shared with you, for tax case we don't afraid to go to the so-called Arbitration. The total tax we deducted is 65,000USD, What I told Mr. Zeb is that I will personally do some adjustment from my other budget to make pay some bonus after you complete your delivery (finish the training, provide the license so that we can finish acceptance and then give you the money), because as per contract I cannot give you the money without acceptance, otherwise I will be audited by company and punished, I will speed up the acceptance after you finish training and provide the license, so the timeline you proposed is not acceptable.

. **DFC system training**: last time Mr. Zeb training is stopped by Akbar as some trainee said that "he just clicked the menu in the software and tried to find the right buttons", and PSCA requested we provide some certified trainer CV and then deliver it. I discussed with Akbar yesterday he refused Zeb's proposal for training again. So in order to help you get out of it, as I agreed with Zeb that Zeb will do the training for Huawei employees and then Huawei employee to delivery training to PSCA but BES need to sign the undertaking to commit even after get the payment BES still continuously support Huawei to finally pass the SAT testing with PSCA/ARUP for DFC products without extra cost.afte training Huawei will immediately do the testing acceptance and then the DFC balance payment to BES in 15 days after SAT testing passed.( US$63,030.30)

. **DES system: Huawei Pakistan:** Since we have paid the full amount for the license but BES delivered a temporary license. What I discussed with Zeb is that now we cannot do acceptance testing without license, so I can't pay you the remaining amount, so in order to settle it down BES shall provide the MDM 5 years active license also the local training for PSCA team once the active license enabled and system working. I will start the acceptance once you provided the license then you can get the remaining balance (US$41,414.20) , **If license is not provided other part like bonus and other system payment can't be done as we have paid more than 300,000 USD and get nothing now.**

. **MMC system:** Huawei already request BES Lahore team come to do the test of Phase 2, after BES finish and pass the FAT testing as per the contract definition. $64,220.00 will be paid. And phase 3 $64,220.00 payment also will be paid after BES fix the bugs and finish the SAT testing which I will start once bugs are fixed.

Finally, in regards to Intellectual Property and Proprietary/Confidential Information, it makes no sense as I already find all the emails and document that 5 sytems out of 8 all have official email from PSCA or BES to use other solution, all the RFP/document we sent to others is from the PSCA original RFP and the solution including LLD is also totally different with YOURS.

Exhibit 10

Dear Javed, it seems like that you don't have the intention to resolve the issue as you keep mentioning about the issue as per your own logic without double confirm and also no presence on field. If you are not willing to deliver please tell us early so that we can start our backup.

---

**发件人:** jnawaz@businessefficiencysolutions.com [mailto:jnawaz@businessefficiencysolutions.com]
**发送时间:** 2018年5月30日 17:02
**收件人:** Liwen (allwen) <allwen.liwen@huawei.com>; Aurangzeb Bhatti <zbhatti2@hotmail.com>
**主题:** Meeting between Mr. Liwen and Mr. Bhatti - May 29, 2018

Dear Mr. Liwen,

Thank you for meeting with Mr. Bhatti. We hope these issues can reach a quick resolution - however, skepticism remains.

For two years and at a considerable expense, BES has tried to resolve these issues in accordance with agreements signed between BES and Huawei. More than half a dozen "Requests for Arbitration" through friendly discussions, were considered unworthy of a single response by Huawei's management.  In April 2018 and during my previous visits to Lahore to resolve issues, BES�! �� attempts were considered unimportant to Huawei, since Huawei sent representatives to these meetings who did not have authority to make any decisions, and who were simply messengers narrating stories concocted by management to conceal certain nefarious activities related to withholding.

Furthermore, BES has been frustrated for over a year, at Huawei's policy of appointing people to negotiate resolution with BES who have no knowledge of past communications between the parties, forcing BES to spend needless time and money repeating and researching past discussions that took place with Huawei's personnel who refuse to either acknowledge the discussions, or may be afraid of repercussion from management if they did acknowledge. BES has found no one from Huawei's management who was interested in discussing factual events ("history" as it is referred to at Huawei). BES is further aggravated since it is continually spending resources on Huawei's account, ! without knowing how much money Huawei will deduct (under disguise of tax at 15% or 31%) from amounts due OR whether Huawei will even pay BES (as is being practiced).

In every attempt by BES to resolve issues, BES has been told my newcomers sent as negotiators that they did not care to discuss contract agreements and legal obligations required of Huawei. At one meeting Mr. Tom, supposedly Huawei's CTO screamed at BES' CEO and CTO that Huawei does Billions of Dollars in annual sales while trying to demean BES. Similar attitude was displayed by Mr. Job and his team at an early April meeting where they demanded that BES succumb to their demands. When BES did not succumb, all members of Huawei's negotiating team angrily walked out, with Mr. Job saying "see you in court". Its been almost 2 months since that meeting with no choice but for BES to prepare for court.

BES was prepared to file a lawsuit before the Caretaker Government took over, ho wever we will wait for a short period to see if there can be resolutio! n. In regards to your discussion with Mr. Bhatti, we will accept the following:

Exhibit 10
Page 51

**1. Consultancy fee: Balance due US$65,000** may be paid as follows:
(i) US$50,000.00 to be received in BES' account within 10 days from May 28, 2018 (as mentioned in email sent on May 28 PST)
(ii) US$15,000 to be received in BES' account by Jan 31, 2019

**2. DFC: Balance due: US$63,030.30**
BES will conduct hands-on training for Huawei's Staff for the remaining 10 Hour training on June 1 and June 2, 2018. Training will proceed and will be considered valid and acceptable by Huawei, without regard to the number of Huawei staff who show up for the meeting or even if no one of Huawei's Staff attends the meeting, as long as BES' staff shows up to conduct the meeting. The place and time of training must be relayed by Huawei to Mr. Bhatti via email, no later than 1pm on Thursday May 31 to allow BES to prepare.

Within 1 day of receipt of US$63,030.30, BES will give a letter to Huawei providing for additional training of 20 hours within 3 months from date of letter. Such training will be provided in Lahore by BES' staff. If the additional meeting is required, it must be requested by Huawei via email, no later than One (1) week before the additional training is to take place. If there is scheduling conflict for either Huawei or BES, both Huawei and BES must agree to a different date.

DFC Balance due of US$63,030.30 must be received in BES' bank account within 10 days from May 28, 2018 (as mentioned in email sent on May 28 PST)

**3. DES: Balance due: US$41,414.20**
All API's and Interfaces have been completed by BES. Under a Separate PO for MDM Active Talend, BES provided such Talend MDM license to Huawei, which was active for months (in later part of 2017 and early 2018), and was used by Huawei for purposes it saw fit. However, Huawei withheld US$21,510.66 under pretext of tax deductions, which did not constitute full payment. This deduction adde! d to the pretext of tax deduction for payment of Consulting agreement increased the supposed withheld tax payment to ~US$65,00.00.

Upon receipt of US$41,414.20 the MDM Active License will be provided to Huawei.

**4. MMC System:**

**Phase 2 Payment: $64,220.00**
**Phase 3 Payment: $64,220.00**

As soon as Phase-3 is Completed, Huawei will release Phase 2 and Phase 3 payments. Signoff by PSCA is waived as long as system is functional. Bugs found in the system will be fixed in Phase 4. Upgrade of 'Exterity License' that has the recording features will be provided upon receipt of any one of the above mentioned payments due from Huawei.

Finally, in regards to Intellectual Property and Proprietary/Confidential Information - this topic is once again under the spotlight in US politics **as of yesterday:**

link: US slaps 25% tariff on $50 billion worth of Chinese goods (http://money.cnn.com/2018/05/29/news/economy/china-tariffs/index!%20.html)
excerpt: :"... plans to take "multiple steps" to protect domestic technology and intellectual property from certain "discriminatory and burdensome trade practices by China."

Mr. Liwen, it's been a very long time since we've been engaged in trying to resolve these issues but all our attempts have

resulted in needless waste of BES' time, money and efforts. We want to resolve this but have little hope that this will get resolved without the interference of a neutral third party.

Javed A. Nawaz
President & CEO
Business Efficiency Solutions, LLC
14752 Beach Blvd, Suite 123

# EXHIBIT 11

Exhibit 11
Page 54

# Cease and Desist Letter to Huawei from BES.

Sat, Aug 11, 2018 11:55 am

From: jnawaz@businessefficiencysolutions.com

To: Umar Naeem Mirza (A),'zbhatti2@hotmail.com','achughtai@businessefficiencysolutions.com','abdullah@abdullahahmed.com', aahmed@businessefficiencysolutions.com, Hide

Cc: Liwen (allwen),Faisal Naseem,Daijinzhuo (Eric Dai, ME EBG),Wangleiqiang (Rex Wang),Chendeng,Liuxin (Job),Chengqianbing, Zengyi (Lemon),Zhangtao (Taom),Zhangweiwei (Edward),Liwei (Leo Li, procurement), Hide

5 Attachments

**image004.png@01D43190.1ABC0B90.png** - (374kB)
**image005.png@01D43190.1ABC0B90.png** - (215kB)
**image006.png@01D43190.1ABC0B90.png** - (256kB)
**image007.png@01D43190.1ABC0B90.png** - (382kB)
**image008.png@01D43190.1ABC0B90.png** - (238kB)

Dear Mr. Umar Naeem Mirza,

Further to the below email, BES HEREBY DEMANDS that Huawei immediately ***Cease and Desist*** use of BES' Intellectual Property and Proprietary Information that Huawei has used, and continues to use fraudulently and illegally. BES' Intellectual Property and Proprietary Information includes HLD's, LLD's, Documents, Plans, Drawings, Designs, Ideas and Proprietary Information that BES (a USA Company) has provided to Huawei and which is currently being utilized in the below systems in Lahore:

(1) RMS,
(2) BMS,
(3) Access control, including Front Gate Security,
(4) Field Assets (Specialized Vehicles), and
(5) UAV.

After BES had worked tirelessly and without compensation, all the above were awarded to vendors other than BES.

BES hereby demands compensation equaling to the **"Total Revenues"** generated by Huawei through implementation of the above systems using BES' Intellectual Property and Proprietary Information. Until then, Huawei is not authorized to continue using BES' Intellectual Property and Proprietary Information and continuation of such use will be considered as an illegal act by Huawei.

Absence compensation, BES will have no choice but to take legal action and seek protection of the Courts in Pakistan for issuance of a "cease and desist order" relating to the above mentioned systems, and additionally seek protection of Courts in the United States of America for restitution relating to stealth of Intellectual Property and Proprietary Information of an America company by Huawei. Our US attorneys are now working to pierce the veil between Huawei Technologies (Pakistan) Private Limited, and Huawei Technologies Co., Ltd (the Parent)

Thank You,

Javed A. Nawaz
President & CEO
Business Efficiency Solutions, LLC
14752 Beach Blvd, Suite 123
La Mirada, California, 90638
United States of America
tel: 1.714.609.0452
email: jnawaz@businessefficiencysolutions.com

# EXHIBIT 12

Exhibit 12
Page 56



Huawei Technology Pakistan Ltd Vs Business Efficiency Solution

27.09.2018

Reader to report.

Civil Judge 1st Class
West Islamabad.

Respected Sir,

It is submitted that petitioner has filed this petition U/S 20 of the Arbitration Act, 1940. Along-with the application, list of documents, wakalatnama and copies of other documents has been submitted.

Report is sub mitted.

(Reader)

ORDER:
27.09.2018
Present: Learned counsel for petitioner.
Petition is fresh, let it be registered.
Preliminary arguments heard.

Petitoner filed application U/S 20 of Arbitration Act, 1940 along with main petition an application for interim relief U/S 41(b) of the Arbitration Act has also been filed with the following prayer;

" the defendant be restrained from terminating the contract unilaterally. The defendant be further restrained from suspension of provision of any license for which the defendant has already received the payment in the interest of justice".

2. Learned counsel for the plaintiff while argung the application for grant of ad interim relief in terms of section 41(b) of the Arbitration Act submitted that the plaintiff and defendant were interested in working together for the Safe City Project of Punjab Safe City Authority. It is furrhter contended that in this regard the defendant entered into sub contract for provision of services for the Safe City Project and the sub contract agreement was signed on 09.03.2016 for projects of 8 software applications which were required for the project. In furtherance of sub contract agreement

*another master project agreement was also signed between the parties on 10.09.2016 and according to agreement one product DES/ MDM, the defendant was under obligation to provide license for 5 years but the defendant failed to comply with. It is further contended that another product i.e Media Monitoring Centre, the defendant had only finished less than 40% of the agreed LLD scope which badly effected the plaintiff's reputation and caused huge loss, whereas the plaintiff has made payment on 5th July 2018. but despite of payment, defendant suddenly on 06.09.2018, sent e-mail to stop all projects delivery obligations which is a clear breach of agreement and plaintiff has made to suffer huge loss, hence it is prayed that defendant be restrained from terminating the agreement and from suspension of provision of license.*

*3. Arguments heared record perused.*

*4. Perusal of record reflects that different agreements have been executed between the parties which are on record and according to clause 14.2 of the master projects agreement, this court has jurisdiction to adjudicate upon the matter and in case of termination of agreement the plaintiff shall suffer huge loss, hence by relying upon affidavit and documents annexed with the application defendant/ respondent is restrained to terminate the agreement and from suspension of provision of license till next date of hearing (subject to notice). However, this order will have no effect upon any legal proceedings of any competent court of jurisdiction.*

*5. Summons/ notices be issued for 09.10.2018 in the name of defendant/ respondent through registered post A.D & T.C.S subject to deposit of process fee by the petitioner.*

*Announced:*
*27.09.2018*

*Suhaib Bilal Ranjha*
*Civil judge 1st Class-West,*
*Islamabad*

BES . [illegible Urdu]

9/10/18

وکیل سائل حاضر۔ [illegible Urdu]

[illegible Urdu] مسئول علیہ [illegible Urdu]

رجسٹرڈ AD/TCS جاری ہو کر مسل بتاریخ 30/10/18 پیش ہو

Suhaib Bilal Ranjha
Civil Judge / Magistrate Sec.30
West, Islamabad.

30/10/18

Learned counsel for the petitioner present.

Nemo for respondent.

Learned counsel for the petitioner made request for extension in status quo order, request is allowed status quo order is extended till next date of hearing. Let respondent be summoned through DHL at the expense of petitioner. File to come up on 26/11/18.

Suhaib Bilal Ranjha
Civil Judge / Magistrate Sec.30
West, Islamabad.

26/11/18

[illegible Urdu] حاضر [illegible Urdu] DHL [illegible Urdu] مسل بتاریخ 10/12/18 پیش ہو

Suhaib Bilal Ranjha

# EXHIBIT 13

Exhibit 13
Page 60

# PTI repeats corruption elimination mantra

December 07, 2018

https://nation.com.pk/07-Dec-2018/pti-repeats-corruption-elimination-mantra

Excerpts, Kasur "DIG Akbar Nasir Khan, chief officer Punjab Safe City Project Lahore, visited under-construction safe city project at DPO office here. He was accompanied by Kasur DPO, Dr Shehzad Asif"

"The DIG said that the safe city project would help eradicate the crime in the city. "It will be helpful not only in reducing crime rate, but also in tracing out the criminals," he added. The DIG directed the officials concerned to complete the project as soon as possible. "Protecting lives, properties, and honour of the citizens is the first and foremost priority of the police," he stated. Project Manager Azmat Ali and other staff were present on the occasion"

# EXHIBIT 14

Exhibit 14
Page 62



BUSINESS EFFICIENCY SOLUTIONS, llc
14752 Beach Blvd, Suite # 123
La Mirada, CA 90638. USA

| Date | Invoice No. |
|---|---|
| Oct 30, 2018 | 2109 |

To:
HUAWEI TECHNOLOGIES (Pakistan) PRIVATE LIMITED
Saudi Pak Tower, 12th Floor, Blue Area
Islamabad, Pakistan

| DESCRIPTION | AMOUNT |
|---|---|
| "Consulting Agreement" Invoice for "Kasur Safe City" per "Consulting Agreement" (Future Safe Cities), between Huawei Technologies (Pakistan) Private Limited and Business Efficiency Solutions, LLC, dated March 9, 2016<br><br>"Consulting Agreement" (Future Safe Cities) is attached to email for reference. | US$200,000.00 |
| TOTAL DUE: | US$200,000.00 |

contact jnawaz@businessefficiencysolutions.com
with any questions regarding this invoice.

# EXHIBIT 15

Exhibit 15
Page 64



BUSINESS EFFICIENCY SOLUTIONS, llc
14752 Beach Blvd, Suite # 123
La Mirada, CA 90638. USA

| Date | Invoice No. |
|---|---|
| Oct 31, 2018 | 2110 |

To:
HUAWEI TECHNOLOGIES (Pakistan) PRIVATE LIMITED
Saudi Pak Tower, 12th Floor, Blue Area
Islamabad, Pakistan

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Subcontract Agreement Invoice for "Kasur Safe City" per Subcontract Agreement between Huawei Technologies (Pakistan) Private Pakistan Private Limited and Business Efficiency Solutions, LLC, dated March 9, 2016.<br><br>SUBCONTRACT AGREEMENT is attached to email for reference. | | US$2,000,000.00 |
| | TOTAL DUE: | US$2,000,000.00 |

contact jnawaz@businessefficiencysolutions.com
with any questions regarding this invoice.

# EXHIBIT 16

Exhibit 16
Page 66

# 答复: Invoice - Subcontract Agreement for Kasur Safe City

Sun, Nov 4, 2018 10:44 pm

From: Chengqianbing

To: jnawaz@businessefficiencysolutions.com

Cc: Liwen (allwen),Wangzheng (Will, Legal),Liuxin (Job), Hide

Dear Javed,

It is very strange to get the invoice about the scope of work in Kasur, as a matter of fact, Kasur is not new project, and rather it is a part of scope of work in the Lahore safe city project. In addition, there is no such applicable software and your company does not provide any service in the scope of work in Kasur, therefore, Huawei will not accept your invoice and will not be liable to make any payment for that invoice.

**发件人:** jnawaz@businessefficiencysolutions.com [mailto:jnawaz@businessefficiencysolutions.com]
**发送时间:** 2018年11月3日 6:44
**收件人:** Chengqianbing <chengqianbing@huawei.com>; Liwen (allwen) <allwen.liwen@huawei.com>
**主题:** Invoice - Subcontract Agreement for Kasur Safe City

Dear Bill,

There was something wrong with earlier 2 emails (invoice number) bearing the same subject line: (Invoice - Subcontract Agreement for Kasur Safe City).

Thank you,

Javed
---------------------------------------

**From:** "jnawaz@businessefficiencysolutions.com (mailto:jnawaz@businessefficiencysolutions.com)" <jnawaz@businessefficiencysolutions.com (mailto:jnawaz@businessefficiencysolutions.com)>
**Date:** Fri, Nov 2, 2018 6:26 pm
**To:** "Chengqianbing" <chengqianbing@huawei.com (mailto:chengqianbing@huawei.com)>, "liwen (allwen)" <allwen.liwen@huawei.com (mailto:allwen.liwen@huawei.com)>
**Subject:** Invoice - Subcontract Agreement for Kasur Safe City

Dear Bill,

Please find attached;
(i) Invoice for Subcontractor Agreement re: Kasur Safe City, and
(ii) "Subcontractor Agreement" (Lahore and Future Safe Cities), pertaining to the invoice.

Huawei is in breach of the attached Subcontractor Agreement as it has violated Section 2 on Page 1, which states:

"2. PAYMENT TERMS.
Paragraph 2: "Huawei agrees to pay to Subcontractor an equal amount of percentage (%) of mobilization advance (initial 1st payment) that it receives from each Future Projects (Kasur) within 30 days of receipt of each payment by Huawei...

Paragraph 4: Huawei agrees to inform subcontractor, in writing, within 7 days of any payment received by Huawei that is related to the Software Applications/Systems subcontracted to BES for each Future Projects (Kasur). Huawei agrees to make such payments to subcontractor within 30 days of receipt by Huawei of each such payment for each Future Projects..."

Please note that the Subcontract Agreement is entirely separate from the Consulting Agreement. The invoice for Consulting Agreement has

been emailed to you with cc to Mr. Liwen earlier.

Please expedite payment for both Invoices re: Kasur Safe City.

Thank you,

Javed A. Nawaz
President & CEO
Business Efficiency Solutions, LLC
14752 Beach Blvd, Suite 123
La Mirada, California, 90638
United States of America
tel: 1.714.609.0452
email: jnawaz@businessefficiencysolutions.com (mailto:jnawaz@businessefficiencysolutions.com)

Javed A. Nawaz
President & CEO
Business Efficiency Solutions, LLC
14752 Beach Blvd, Suite 123
La Mirada, California, 90638
United States of America
tel: 1.714.609.0452
email: jnawaz@businessefficiencysolutions.com (mailto:jnawaz@businessefficiencysolutions.com)