**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BUSINESS EFFICIENCY SOLUTIONS, LLC<br>Plaintiff(s)<br>v.<br>HUAWEI TECHNOLOGIES CO., LTD, et al.<br>Defendant(s) | CASE NUMBER<br><br>8:21-cv-1330-JVS-KES<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

BUSINESS EFFICIENCY SOLUTIONS    ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute  Sean M. Kneafsey  who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

The Kneafsey Firm, 800 Wilshire Blvd., Suite 710
*Street Address*

Los Angeles, CA 90017                              skneafsey@kneafseyfirm.com
*City, State, Zip*                                         *E-Mail Address*

(213) 892-1200             (213) 892-1208              180863
*Telephone Number*          *Fax Number*                 *State Bar Number*

as attorney of record instead of  Paul D. Tripodi II, David C. Vondle
*List **all** attorneys from same firm or agency who are withdrawing.*

of AKIN GUMP STRAUSS HAUER & FELD LLP, 4 Park Plaza, Suite 1900, Irvine, CA 92614

**is hereby**    ☐ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                              _____
                                                    U. S. District Judge/U.S. Magistrate Judge